**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00646-CV

---

## IN RE HENRY MALONE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
215th District Court
Harris County, Texas
Trial Court Cause No. 2019-78051**

---

## MEMORANDUM OPINION

Relator Henry Malone filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial court's order signed October 7, 2021, denying relator's motion to compel deposition responses and

continuation of Dr. Ronald Henry, M.D.'s deposition and assess costs of second deposition.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.